## IN THE SUPREME COURT OF THE STATE OF NEVADA

No. 72866

STEPHON THOMAS, A/K/A KALIB
RAJON THOMAS,
                          Appellant,
                vs.
THE STATE OF NEVADA,
                          Respondent.

FILED

DEC 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying postconviction petitions for writs of habeas corpus. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Appellant's counsel has filed a supplement to her second motion to voluntarily dismiss this appeal. Because the second motion to dismiss was denied on November 7, 2017, we construe the supplement as a renewed motion to voluntarily dismiss this appeal. Counsel advises this court that her assistant read appellant a letter in which counsel informed appellant of the consequences of dismissing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Appellant indicated that he understood and wished to dismiss the appeal. Counsel

17-43611

also provides an unsworn affidavit from appellant stating the same. Accordingly, cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Elissa F. Cadish, District Judge
       Karen A. Connolly, Ltd.
       Stephon Thomas
       Kalib Rajon Thomas
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]Given this order, we take no action on counsel's alternative request for an extension of time to file the opening brief.